IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE BAKER,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1766

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Jackson County.
William L. Wright, Judge.

Lawrence Baker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brittany Ann Rhodaback, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.